UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   9:11-cv-81368-WPD

REALTOR® ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

      Plaintiff,

v.

MIAMI ASSOCIATION OF REALTORS®, INC.,

      Defendant.
_____/

## NOTICE OF INTENT TO SERVE SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiffs REALTOR® ASSOCIATION OF GREATER FORT LAUDERDALE, INC. through counsel, hereby gives notice of their intent to serve the attached third party Subpoena Duces Tecum on March 26, 2012, on the following individual(s):

1. Supra/Legal Department
   4001 Fairview Industrial Drive SE
   Salem, OR
   USA  97302
   Phone:  800-547-0252

                                    Respectfully Submitted,

                                    By:/s/   Steven R. Jaffe_____
                                        Steven R. Jaffe
                                        Attorney Florida Bar No. 390770

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, PL
Attorneys for Plaintiff(s)
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Fl  33301
(954)524-2820 TELEPHONE
(954)524-2822 Fax
steve@pathtojustice.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 16, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:/s/   Steven R. Jaffe_____
Steven R. Jaffe
Attorney Florida Bar No. 390770

## SERVICE LIST

Steven W. Davis, Esq.
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Tel: 305-539-8400
E-mail: sdavis@bsfllp.com

Stephen J. Simmons, Esq.
Murray & Simmons, LLP
1401 East Broward Blvd., Suite 200
Fort Lauderdale, FL 33301
Tel: 954-467-2000
Email: sjs@mslaw.net

2