UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81368-CIV-DIMITROULEAS/SNOW

REALTOR® ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

    Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS®, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, REALTOR® ASSOCIATION OF GREATER FORT LAUDERDALE, INC., by and through undersigned counsel, hereby advises the Court that the parties have reached agreement in principle on a resolution of this matter. The Parties anticipate finalizing the terms of their resolution and filing a Voluntary Dismissal with Prejudice within the next twenty (20) calendar days.

Dated: October 29, 2012            Respectfully submitted,

                                           /s/Steven R. Jaffe
                                           Steven R. Jaffe (FBN 390770)
                                           E-mail: steve@pathtojustice.com
                                           Mark S. Fistos (FBN 909191)
                                           E-mail: mark@pathtojustice.com
                                           FARMER, JAFFE, WEISSING,
                                           EDWARDS, FISTOS & LEHRMAN, P.L.
                                           425 N. Andrews Avenue, Suite 2
                                           Fort Lauderdale, Florida 33301
                                           Telephone: (954)524-2820
                                           Facsimile: (954)524-2822

                                           AND

                                    Stephen J. Simmons (FBN 664375)
                                    E-mail: sjs@mslaw.net
                                    MURRAY & SIMMONS, LLP
                                    1401 East Broward Blvd., Suite 200
                                    Fort Lauderdale, Florida 33301
                                    Telephone: (954) 467-2000
                                    Facsimile: (954) 467-2306

                                    **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served via U.S. Mail and e-mail on October 29, 2012, on all counsel or parties of record on the Service List below.

                                    /s/ Steven R. Jaffe
                                    Steven R. Jaffe

## SERVICE LIST

*Realtor Association of Greater Fort Lauderdale, Inc. v. Miami Association of Realtors, Inc.*
**CASE NO. 9:11-CV-81368-WPD**
**United States District Court, Southern District of Florida**

Steven W. Davis
E-mail: sdavis@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

**Attorneys for Defendant**