UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81368-CIV-DIMITROULEAS/SNOW

REALTOR® ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

    Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS®, INC.,

    Defendant.
_____/

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, REALTOR® ASSOCIATION OF GREATER FORT LAUDERDALE, INC., by and through undersigned attorneys, and pursuant to the Local Rules and Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal with Prejudice with regard to Defendant, MIAMI ASSOCIATION OF REALTORS®, INC., in the above case. Each party shall bare their own attorney's fees and costs in this matter.

Dated: November 19, 2012        Respectfully submitted,

                                      /s/Steven R. Jaffe
                                      Steven R. Jaffe (FBN 390770)
                                      E-mail: steve@pathtojustice.com
                                      Mark S. Fistos (FBN 909191)
                                      E-mail: mark@pathtojustice.com
                                      FARMER, JAFFE, WEISSING,
                                      EDWARDS, FISTOS & LEHRMAN, P.L.
                                      425 N. Andrews Avenue, Suite 2
                                      Fort Lauderdale, Florida 33301
                                      Telephone: (954)524-2820
                                      Facsimile: (954)524-2822

                                      AND

>Stephen J. Simmons (FBN 664375)
>E-mail: sjs@mslaw.net
>MURRAY & SIMMONS, LLP
>1401 East Broward Blvd., Suite 200
>Fort Lauderdale, Florida 33301
>Telephone: (954) 467-2000
>Facsimile: (954) 467-2306
>
>**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Court's CM/ECF system on November 19, 2012, and will be served on all counsel of record listed below through the ECF system.

>/s/Steven R. Jaffe
>Steven R. Jaffe

## SERVICE LIST
*Realtor Association of Greater Fort Lauderdale, Inc. v. Miami Association of Realtors, Inc.*
**CASE NO. 9:11-CV-81368-WPD**

Steven W. Davis
E-mail: sdavis@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 539-8400
Facsimile: (305) 539-1307

**Attorneys for Defendant**