UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81368-CIV-DIMITROULEAS

REALTOR ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

    Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS, INC.,

    Defendant.
_____/

### ORDER DENYING WITHOUT PREJUDICE
### NOTICE OF VOLUNTARY DISMISSAL

    THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 23], filed on November 19, 2012.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment."  Otherwise, a stipulation of dismissal signed by all remaining parties who have appeared is required.  Fed. R. Civ. P. 41(a)(1)(ii).  Defendant filed an Answer on January 27, 2012. [DE 10].

    Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 23] is hereby **DENIED without prejudice** to be re-filed with

signatures from all remaining parties who have appeared in this action.  The re-filed stipulation should be filed on or before December 4, 2012.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of November, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record