UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-81368-CIV-DIMITROULEAS

REALTOR® ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

      Plaintiff,
vs.

MIAMI ASSOCIATION OF REALTORS®, INC.,

      Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, REALTOR® ASSOCIATION OF GREATER FORT LAUDERDALE, INC., and Defendant, MIAMI ASSOCIATION OF REALTORS®, INC., hereby stipulate to the dismissal with prejudice of the above-styled lawsuit against Defendant, MIAMI ASSOCIATION OF REALTORS®, INC., including any counterclaims filed in that lawsuit. The parties further stipulate that each party shall be responsible for bearing its own costs and attorney's fees.

DATED this 4th day of December, 2012.

| | |
|---|---|
| /s/Steven R. Jaffe | /s/Steven W. Davis |
| Steven R. Jaffe (FBN 390770) | Steven W. Davis |
| E-mail: steve@pathtojustice.com | E-mail: sdavis@bsfllp.com |
| Mark S. Fistos (FBN 909191) | BOIES, SCHILLER & FLEXNER LLP |
| E-mail: mark@pathtojustice.com | 100 Southeast Second Street, Suite 2800 |
| FARMER, JAFFE, WEISSING, | Miami, Florida 33131 |
| EDWARDS, FISTOS & LEHRMAN, P.L. | Telephone: (305) 539-8400 |
| 425 N. Andrews Avenue, Suite 2 | Facsimile: (305) 539-1307 |
| Fort Lauderdale, Florida 33301 | |
| Telephone: (954)524-2820 | *Counsel for Defendant* |
| Facsimile: (954)524-2822 | |

Stephen J. Simmons (FBN 664375)
E-mail: sjs@mslaw.net
MURRAY & SIMMONS, LLP
1401 East Broward Blvd., Suite 200
Fort Lauderdale, Florida 33301
Telephone: (954) 467-2000
Facsimile: (954) 467-2306

*Counsel for Plaintiff*