UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-81368-CIV-DIMITROULEAS

REALTOR ASSOCIATION OF GREATER
FORT LAUDERDALE, INC.,

     Plaintiff,

vs.

MIAMI ASSOCIATION OF REALTORS, INC.,

     Defendant.

_____/

## FINAL ORDER OF DISMISSAL

     THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal [DE 25], filed on December 4, 2012. The Court has carefully considered the Stipulation, notes the signature of counsel, and is otherwise fully advised in the premises.

     Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation of Dismissal [DE 25] is **APPROVED**;

2.     This action is **DISMISSED with prejudice**, with each party to bear its own attorneys' fees and costs;

3.     The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

     **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 5th day of December, 2012.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record